No. 76–1301. DUBUQUE COMMUNICATIONS CORP. v. AMERICAN BROADCASTING COMPANIES, INC. C. A. 7th Cir. Certiorari denied.

No. 76–1342. GUSAN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 76–1344. MUHAMMAD v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 76–5950. FOWLER v. MARYLAND. Ct. App. Md. Certiorari denied.

No. 76–5990. KNIGHT v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 76–6017. PACHECO v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 1st Cir. Certiorari denied.

No. 76–6019. JUAREZ-RODRIGUEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–6044. LYNOTT v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–6048. CAMPBELL v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 76–6151. CASSELL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–6152. BOORD v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 76–6154. BEGLEY v. CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 6th Cir. Certiorari denied.

No. 76–6158. HORN v. COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied.